GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re )  **Case No.: 23-30020**
)
**TINA FOON YAN** )  Chapter 13
)
Debtor. )  **MOTION TO APPOINT NEXT FRIEND**
)
)
)
)
)

Debtor through counsel represents as follows:

1. On January 10, 2023, a Petition under Chapter 13 was filed with this Court to prevent an imminent foreclosure of Debtor's home.

2. The debtor's adult son, Dennis Yan, has caused this petition to be filed on Debtor's behalf. He is one of the five adult children of Debtor, Tina Foon Yan.

3. Dennis Yan is acting as Debtor's Attorney-In-Fact under a validly executed Durable Power of Attorney.

4. Debtor is 92 years of age, has advanced Alzheimers disease, and is not competent to file a Petition on her own.

5. Debtor lives at 1433 7th Ave, San Francisco, California, 94122, with around-the-clock care.

6. No guardian or conservator has been appointed for Debtor.

7. The Chapter 13 Petition was necessary to stop an imminent foreclosure of Debtor's home located at 1433 7th Ave, San Francisco, California 94122.

8. Debtor's son is in the process of applying for a loan modification on behalf of the debtor to preserve her home as an asset.

oo0oo

Dated <u>January 10, 2023</u>

Respectfully submitted,

LAW OFFICES OF GEOFF WIGGS

<u>/s/ *Geoffrey E. Wiggs, Esq.*</u>
Geoffrey E. Wiggs, Esq