GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re

**TINA FOON YAN**

Debtor.

Case No.: 23-30020

Chapter 13

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT OF "NEXT FRIEND"**

Federal Rule of Bankruptcy Procedure 1004.1 addresses the filing of a petition for bankruptcy relief on behalf of an infant and or incompetent person:

> If an infant or incompetent person has a representative, including a general guardian, committee, conservator, or similar fiduciary, the representative may file a voluntary petition on behalf of the infant or incompetent person. An infant or incompetent person who does not have a duly appointed representative may file a voluntary petition by next friend or guardian ad litem. The court shall appoint a guardian *ad litem* for an infant or incompetent person who is a debtor and is not otherwise represented or shall make any other order to protect the infant or incompetent debtor.

The debtor in this case selected her son Dennis Yan as attorney in fact. The house which is the only meaningful asset in this case is titled to the trust. The debtor is not competent to manage her affairs and requires around-the-clock care due to her advanced Alzheimer's disease.

In the absence of a previously appointed guardian or conservator, the debtor's son, Dennis Yan, is an appropriate person to act for the debtor in this bankruptcy case.

oo0oo

- 1 -

Dated <u>January 10, 2023</u>

Respectfully submitted,

LAW OFFICES OF GEOFF WIGGS

<u>/s/ *Geoffrey E. Wiggs, Esq.*</u>
Geoffrey E. Wiggs, Esq