GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re

**TINA FOON YAN**

Debtor.

Case No.: 23-30020

Chapter 13

**DECLARATION OF DENNIS YAN IN SUPPORT OF MOTION FOR APPOINTMENT AS DEBTOR'S "NEXT FRIEND"**

I, DENNIS YAN, declare:

1. I am over the age of 18 and the son of Tina Foon Yan who is currently 92 years old. I reside in San Francisco, California.

2. I was chosen by my mother to act as her attorney-in-fact and am in possession of a valid, notarized Durable Power of Attorney.

3. My mother resides in her home at 1433 7th Ave, San Francisco, California 94122. The home is titled in the name of her trust.

4. I am familiar with my mother's financial affairs.

5. My mother's doctor has stated that she suffers from Alzheimer's disease and is incapable of managing her affairs. She is not expected to improve.

6. No formal guardian or conservator has been appointed for my mother.

7. It is my hope to bring the mortgage on my mother's home current either by means of a loan modification or the cure of the arrearage through the Chapter 13 plan.

- 1 -

8. At the time a decision was made to file this case, a foreclosure sale was set for December 10, 2023.

9. I declare under penalty of perjury that the foregoing is true and correct.

oo0oo

Executed: January 10, 2023, in San Francisco, California.

Respectfully Submitted,

<u>/s/ *Dennis Yan.*</u>
Dennis Yan, as Attorney-In-Fact,
and Proposed Next Friend for Debtor
Tina Foon Yan