GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**TINA FOON YAN**<br><br>Debtor. | **Case No.: 23-30020**<br><br>Chapter 13<br><br>**NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO ALLOW FILING AND APPOINTMENT OF "NEXT FRIEND"** |

**NOTICE IS HEREBY GIVEN THAT** the Debtor through counsel has filed a Motion to Allow Filing and Appointment of "Next Friend." Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice; Any objection or request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

**PURSUANT TO THE EIGHTH AMENDED GENERAL ORDER 38, Dated DECEMBER 1, 2021.**

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a

telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

oo0oo

Dated January 10, 2023

                                        Respectfully submitted,

                                        LAW OFFICES OF GEOFF WIGGS

                                        /s/ *Geoffrey E. Wiggs, Esq.*
                                        Geoffrey E. Wiggs, Esq