GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**TINA FOON YAN**<br><br>Debtor. | Case No.: 23-30020<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1900 S. Norfolk St., Ste 350, San Mateo, California 94403.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On January 10, 2023, I served a copy, with all exhibits, of the following documents:

1) **MOTION TO ALLOW FILING OF PETITION AND APPOINTMENT OF "NEXT FRIEND"**

2) **NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO ALLOW FILING AND APPOINTMENT OF "NEXT FRIEND"**

3) **POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT OF "NEXT FRIEND"**

**8) DECLARATION OF DENNIS YAN IN SUPPORT OF MOTION FOR APPOINTMENT AS DEBTOR'S "NEXT FRIEND"**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

<u>Bank of America</u>
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

<u>Charles Li</u>
235 Bobolink Way
Hercules, CA 94547

<u>Chase Card Services</u>
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

<u>Citibank</u>
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

<u>Crystal Lei, Bryant Fu, Tony Fu</u>
337 28TH AVENUE
San Francisco, CA 94121

<u>First National Bank</u>
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

<u>US Bank</u>
Attn: Bankruptcy
PO BOX 790179
St. Louis, MO 63179-0179

<u>US Bank/RMS</u>
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

<u>Wells Fargo Bank NA</u>
Attn: Wells Fargo Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

<u>Michael.Johnson</u>
45 Fremont Street, Suite 3000
San Francisco, CA 94105-2256
<u>Duy Thai</u>
One Sansome Street, Suite 3500
San Francisco, CA 94104

If the Chapter 13 Trustee is otherwise entitled to notice, they hey will receive such notice upon the electronic filing of the above-named document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on January 10, 2023, in San Mateo, California.

*/s/ Geoffrey E. Wiggs*
Geoffrey E. Wiggs