Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Creditor
Charles Li

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TINA FOON YAN<br><br>                      Debtor. | Case No.: 23-30020 HLB 13<br><br>Chapter 13<br><br>R.S. No.: DT-001<br><br>NOTICE OF HEARING DATE AND CREDITOR CHARLES LI'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(4)<br><br>Date:    February 9, 2023<br>Time:   1:00 p.m.<br>Judge:  Hon. Hannah L. Blumenstiel<br>Place:   450 Golden Gate Avenue<br>            San Francisco, CA 94102<br>Courtroom: 19 |

TO: DEBTOR, ATTORNEY FOR DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:

        NOTICE IS HEREBY GIVEN that a Motion for Relief from the Automatic Stay ("Motion") was filed herein by Secured Creditor CHARLES LI ("Li"). A copy of the Motion was filed with the Clerk of the United States Bankruptcy Court for the Northern District of California – San Francisco Division. Copies of the Notice,

1
NOTICE OF HEARING DATE AND CHARLES LI'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
*In Re Tina Foon Yan*; No. 23-30020 HLB 13

Motion, and all supporting documents were served by ECF Notification on January 14, 2023.

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 450 Golden Gate Avenue, San Francisco, California 94102, Li will move this Court for an order granting relief from the automatic stay on the grounds set forth in the concurrently filed Motion. The hearing on the above-referenced motion will not be conducted in the presiding judge's courtroom, but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website ad www.canb.uscourts.gov for information about the Court's operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information about how to arrange a telephonic or video appearance. If you have any questions about how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Please take notice that unless the Debtor or Debtor's Counsel, or Trustee appears in opposition to the Motion, the Motion may be granted without further hearing.

DATED: January 14, 2023

BY: _____/s / Duy Thai_____
Duy Thai
*Attorney for Secured Creditor*
*CHARLES LI*

# CERTIFICATE OF SERVICE

I declare that I am employed in the City and County of San Francisco, California. My address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within-entitled cause of action or proceeding.

Today, I served the attached documents:

NOTICE OF HEARING DATE AND CHARLES LI'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

and by electronic means to persons confirmed to be registered participants in the Electronic Filing System and that such persons are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. I caused an electronic copy of the above to be electronically filed and serve to:

**Geoff Wiggs**
Law Offices of Geoff Wiggs
1900 South Norfolk St. #350
San Mateo, CA 94403
(650)577-5952
Email: ECF@wiggslaw.com

David Burchard
P.O. Box 8059
Foster City, CA 94404

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on January 14, 2023.

                     /s/ Duy Thai
                     Duy Thai