LAW OFFICES OF GEOFF WIGGS
Geoffrey E. Wiggs (SBN 276041)
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TINA FOON YAN,<br><br>Debtor. | Case No.: 23-30020<br><br>Chapter 13<br><br>**MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS** |

TO THE HONORABLE HANNAH L. BLUMENSTEIL, UNITED STATES BANKRUPTCY COURT AND ALL OTHER INTERESTED PARTIES:

DEBTOR TINA FOON YAN HEREBY MOVES TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS AND AVER AS FOLLOWS:

1. This Court has jurisdiction pursuant to 28 USC §§ 157 and 1334.

2. This Motion is brought pursuant to 11 USC §§ 105 and 362(c)(3)(B) and Bankruptcy Rule 9014.

3. This is a core proceeding.

4. On January 10, 2023, Debtor commenced this Chapter 13 Proceeding.

5. Debtor had one pending case within one year of the filing of this proceeding. The relevant information with respect to the previous case is:

    a. Date Filed: August 11, 2022
    b. Case Number: 22-30407
    c. Date Dismissed: August 26, 2022

-1-

6. A copy of this Court's Order dismissing the prior case, dated August 26, 2022, is attached as Exhibit "A."

7. Debtor was a *pro se* debtor and was unable to successfully navigate the bankruptcy process due to physical and mental limitations. Debtor has now secured counsel and is moving forward properly with a pending motion to appoint next friend to allow her to complete the process.

8. Debtor's prior case was dismissed voluntarily.

9. Debtor and Counsel are developing a Chapter 13 plan that will allow her to pay off her creditors and still realize the significant equity remaining in her home.

10. Debtor is working with counsel to finalize her schedules in the instant case and is working with counsel to complete her Chapter 13 plan. Debtor expects to have her plan filed prior to the end of the notice period of this motion.

11. The bankruptcy code and local rule allows for the Court to extend the automatic stay after notice and service to all creditors.

WHEREFORE, Debtor prays that the Court continue the automatic stay under 362(a) as to all creditors for the duration of the Chapter 13 proceeding, or until such time as the stay is terminated under 362(c)(1) or (c)(2), or motion for relief from stay is granted under 362(d).

oo0oo

Dated this January 16, 2023

/s/ *Geoffrey E. Wiggs, Esq.*
**Geoffrey E. Wiggs, Esq.**
Attorney for Debtor

# EXHIBIT "A"

# EXHIBIT "A"



Signed and Filed: August 26, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 22-30407 |
| TINA YAN, | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

**ORDER DISMISSING CHAPTER 13 CASE**

On August 22, 2022, Debtor Tina Yan ("Debtor") filed a Motion for Voluntary Dismissal of Chapter 13 Case (Dkt. 13). The case has not previously been converted under 11 U.S.C. §§ 706, 1112, or 1208.

On August 25, 2022, Creditor Charles Li ("Creditor") filed an Opposition to the Motion for Voluntary Dismissal (Dkt. 14). Creditor requests that the court retain the case based on Debtor's alleged bad faith, so that Creditor may file a motion to convert or a motion for *in rem* relief pursuant to 11 U.S.C. § 362(d)(4) at a later date.

Ninth Circuit law prohibits Creditor's request. *See In re Nichols*, 10 F.4th 956 (9th Cir. 2021) (holding that a chapter 13 debtor maintains an absolute right to dismiss her case pursuant

to 11 U.S.C. § 1307(b) so long as the case has not been previously converted).

Accordingly, IT IS HEREBY ORDERED that this Chapter 13 case is DISMISSED.

***END OF ORDER***

-2-

<u>COURT SERVICE LIST</u>

**Tina Yan**
1433 7th Ave
San Francisco, CA 94122

-3-