```
1  LAW OFFICES OF GEOFF WIGGS
   Geoffrey E. Wiggs (SBN 276041)
2  1900 South Norfolk Street, Suite 350
   San Mateo, California 94403-1171
3  Telephone Number: (650) 577-5952
   Facsimile Number: (650) 577-5953
4  Email Address: geoff@wiggslaw.com

   Attorney for Debtor
   Tina Foon Yan
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In re:<br><br>TINA FOON YAN,<br><br>                     Debtor. | Case No.: 23-30020<br><br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS** |
|---|---|

TO THE HONORABLE HANNAH L. BLUMENSTEIL, United States Bankruptcy Court and all other interested parties:

NOTICE AND OPPORTUNITY FOR HEARING IS HEREBY GIVEN in accordance with Bankruptcy Local Rules 4001-2 and 9014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California that Debtor **Tina Foon Yan** hereby move for an order extending the automatic stay as to all creditors.

In accordance with B.L.R. 9014-1 and 4001-2, Objections and/or requests for a hearing, if any, as to the above-proposed motion, must be in writing and filed with the <u>Clerk of the Bankruptcy Court, 450 Golden Gate Avenue, San Francisco, CA 94102</u>, and served upon the Law Offices of Geoff Wiggs, attorney for the debtor, not later than 14 days after the service of this notice. Any objection or opposition must be accompanied by declarations and/or memorandum of law the

-1-

NOTICE AND OPPORTUNITY FOR HEARING ON                                    Case No.: 23-30020
MOTION TO EXTEND THE AUTOMATIC STAY

Case: 23-30020   Doc# 22   Filed: 01/26/23   Entered: 01/26/23 16:33:30   Page 1 of 2

objecting party wishes to present in support of the objection. If an objection is timely filed and served on the undersigned, this office will obtain a court hearing date and give at least 7 days written notice of the hearing to the objecting party. Any objections not timely filed and served shall be deemed waived. The moving party may then ask that the court approve the proposed action by default without a hearing.

      The Motion will also incorporate the Memorandum of Points and Authorities, Declaration of Debtor Tina Toon Yan, and all evidence as may be presented at the Hearing.

oo0oo

Dated this January 16, 2023        /s/ *Geoffrey E. Wiggs, Esq.*
                                                        **Geoffrey E. Wiggs, Esq.**
                                                        Attorney for Debtor