GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>    TINA FOON YAN,<br><br>                Debtor. | Case No. 23-30020<br><br>Chapter 13<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

      On <u>January 10, 2023</u>, Debtor Tina Foon Yan filed and served a **Motion to Waive Credit Counseling Course** and a **Notice and Opportunity for Hearing**. No objections or requests for hearing were filed within the 21-day time period established by Bankruptcy Local Rule 9014-1 as modified by Bankruptcy Local Rule 4001-2. Therefore, Debtor respectfully requests the Court grant Debtor's Motion to Waive Credit Counseling Course.

Dated: February 1, 2023

                                                    LAW OFFICES OF GEOFF WIGGS
                                                    */s/ Geoffrey E Wiggs*
                                                    GEOFFREY E. WIGGS
                                                    Attorney for Debtor