| | |
|---|---|
| LAW OFFICES OF GEOFF WIGGS<br>Geoffrey E. Wiggs (SBN 276041)<br>1900 South Norfolk Street, Suite 350<br>San Mateo, California 94403-1171<br>Telephone Number: (650) 577-5952<br>Facsimile Number: (650) 577-5953<br>Email Address: geoff@wiggslaw.com<br><br>Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**TINA FOON YAN**,<br><br>                Debtor. | Case No.: 23-30020<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPOINTMENT OF "NEXT FRIEND"**<br><br>**Date: February 15, 2023**<br>**Time: 11:10 am**<br>**Remote Appearances** |

TO THE HONORABLE HANNAH L. BLUMENSTIEL, United States Bankruptcy Court and all other interested parties:

PLEASE TAKE NOTICE that on February 15, 2023 at 11:10 a.m., or soon thereafter as the matter can be heard by the Honorable Hannah L. Blumenstiel at the United States Bankruptcy Court, Northern District of California, San Francisco Division, 450 Golden Gate Avenue, 16/F, Courtroom 19, San Francisco, CA 94102, a hearing will be held on Debtor's Motion for Appointment of "Next Friend."

This Motion is being made pursuant to Local Bankruptcy Rule 9014-1 and Bankruptcy Rule 2002. It is based on the Motion, Memorandum of Points and Authorities, and Declaration filed concurrently therewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**PURSUANT TO THE EIGHTH AMENDED GENERAL ORDER 38, Dated DECEMBER 1, 2021.**

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

oo0oo

Dated this February 3, 2023

/s/ *Geoffrey E. Wiggs, Esq.*
**Geoffrey E. Wiggs, Esq.**
Attorney for Debtor