Entered on Docket
February 06, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 6, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30020 HLB |
| TINA FOON YAN, | ) Chapter 13 |
| Debtor. | ) |

**ORDER DENYING MOTION TO APPOINT NEXT FRIEND AND VACATING HEARING**

This case is scheduled to come before the court on February 15, 2023 for hearing on a Motion to Appoint Next Friend filed on behalf of Debtor Tina Foon Yan.[1] The court deems the Motion appropriate for adjudication without oral argument, pursuant to B.L.R. 9013-2(a).

The Motion asserts that Ms. Yan suffers from advanced dementia and is not competent to manage her affairs. The Motion requests that Ms. Yan's son, Dennis Yan (also known as Demas Yan),[2] be appointed to manage this case on Ms. Yan's behalf.

---

[1] Dkt. 6 (the "Motion").

[2] See In re Demas Yan, Ch. 7 Case No. 04-33526 (Bankr. N.D. Cal.).

Creditor Charles Li opposed the Motion.[3] Mr. Li's Opposition raises extremely serious concerns about Mr. Yan's ability to serve as a fiduciary to his mother and her creditors. The court cannot and will not appoint Dennis Yan as Ms. Yan's next friend.

Accordingly, the court **ORDERS** as follows:

1. The Motion is hereby **DENIED; and**
2. The February 15, 2023 hearing is hereby **VACATED**.

**END OF ORDER**

---

[3] Dkt. 27 (the "Opposition").

**Court Service List**