GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re ) Case No. 23-30020
)
    TINA FOON YAN, ) Chapter 13
)
           Debtor. ) **DEBTOR'S SECOND EX PARTE**
) **MOTION TO EXTEND TIME TO FILE**
) **SCHEDULES, STATEMENTS**
)
)

Debtor, through Counsel, hereby moves this court for a brief second extension of time to file Summary of schedules; Statistical Summary of Certain Liabilities; **Schedule A** - Real Property; **Schedule B** - Personal Property; **Schedule C** - Exempt Property; **Schedule D** - Secured Creditors; **Schedule E** - Unsecured Priority Creditors; **Schedule F** - Unsecured Nonpriority Creditors; **Schedule G** - Exec. Contracts & Unexpired Leases; **Schedule H** - Codebtors; **Schedule I** - Current Income of Individual Debtors; **Schedule J** - Current Expenditures of Individual Debtors; **Declaration Concerning Debtor's Schedules**; **Statement of Financial Affairs**; Means Test - **Form 22BC**; **Statement Regarding Pay Advices**; and **Chapter 13 Plan**. The case was originally filed on **July 7, 2020.**

On January 25, 2023, Debtor received an Order Extending Time to File Completed Schedules which gave her until February 7, 2023. (ECF #21).

- 1 -

**SECOND EX PARTE MOTION TO EXTEND TIME**

CASE #23-30020

Case: 23-30020    Doc# 33    Filed: 02/07/23    Entered: 02/07/23 16:29:00    Page 1 of 3

Debtor is a 91-year-old woman with significant impairment due to advanced Alzheimer's disease and is not competent to act in this case on her own behalf. Debtor's son, Demas Yan (aka Dennis Yan), sough appointment as Debtor's 'Next Friend' by Application to this Court. (ECF #6). However, in its order on February 6, 2023, the Court denied the requested appointment. (ECF #32).

Although Debtor's bankruptcy schedules and chapter 13 plan have been prepared and are ready to file, Debtor's counsel respectfully requests the Court allow for a limited delay to allow for the opportunity to propose a Next Friend that the Court might deem acceptable. Debtor's counsel intends to file Debtor's completed schedules and Plan once such schedules are approved by the new, Proposed Next Friend.

Dismissal of this case could cause Debtor to lose her residence, which is the principal asset of this case. Without her residence, there is little chance that a meaningful reorganization would be possible.

Debtor seeks an additional ten (10) day extension of time for the reasons mentioned *supra*.

Debtor's Counsel proposes to file a new Application to Appoint Next Friend as soon as such person or entity is provided by Debtor's family. Once a more acceptable Next Friend is proposed, Counsel intends to file Debtor's completed schedules and Chapter 13 Plan with the approval of the new Proposed Next Friend.

Notice of this motion has been given to the United States Trustee.

WHEREFORE, Debtor moves this Court to enter an order granting a ten (10) day extension of time for the filing of the balance of Debtor's documents needed to complete the Petition as set forth above.

Dated: February 7, 2023        **LAW OFFICES OF GEOFF WIGGS**

<u>/s/ GEOFFREY E. WIGGS</u>
Attorney for Debtor

- 3 -

**SECOND EX PARTE MOTION TO EXTEND TIME**

CASE #23-30020