Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Creditor
Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TINA FOON YAN<br><br>                       Debtor. | Case No.: 23-30020 HLB 13<br><br>Chapter 13<br><br>CREDITOR CHARLES LI'S OPPOSITION TO DEBTOR TINA YAN'S MOTION TO EXTEND STAY<br><br>Date: February 9, 2023<br>Time: 1:00 p.m.<br>Honorable Hannah L. Blumenstiel |

       Creditor Charles Li hereby opposes Debtor Tina Yan's motion to extend her bankruptcy stay. There are serious concerns about how or whether Debtor can maintain her bankruptcy case. The Court should deny Debtor's motion and instead grant Creditor Li's co-pending motion for prospective in rem relief from stay pursuant to 11 U.S.C. § 362(d)(4)

       First, the Court has denied Debtor's motion to appoint a fiduciary. Debtor is said to have advanced Alzheimer's disease. It is unclear whether when she was incapacitated and whether she had capacity when the petition was filed, when her counsel was hired, or when her purported power of attorney was signed.

Second, it is highly doubtful whether Debtor could ever present a confirmable plan. Debtor has stated that she is looking to her family to contribute to the plan. Docket #20, p.2. Creditor Li has judgments – unpaid – against three of her family members and a pending lawsuit against a fourth. How would they contribute to Debtor's plan when they would not pay recorded judgments against themselves? One of the relatives, son-in-law Thai Ming Chiu, is already in bankruptcy in this Court and struggling to present a confirmable plan to pay off his own judgment.

Third, the reason Debtor needed to file this motion at all is because of her history of bankruptcy abusive. In her motion, Debtor argues that she has filed only one bankruptcy case. However, she conspired in two other bankruptcy cases filed by 818 Green Street LLC in 2018. All four bankruptcies were filed days before a sheriff's sale. Debtor's 2022 case was "dismissed voluntarily" because it had achieved its sole, improper purpose of throwing off the sheriff's sale. As a Chapter 13 petitioner, Debtor has the right to move to dismiss her case at any time. Given the pattern of the four bankruptcies, there is a great risk that Debtor will again dismiss her petition once she has achieved her maximum delay and obstruction results. Having litigated against the Yan family for over a decade, Creditor Li is familiar with Debtor and her relatives' tactic of stringing things out, wasting everyone's time and effort, and then sending everyone back to square one. Unfortunately, her son Demas Yan will likely continue to exert an undue and untoward influence upon Debtor.

Given the doubtful status of Debtor's bankruptcy case as an ongoing matter, the automatic stay should not be extended. Rather, it should be lifted so that the San Francisco Sheriff can commence – for the fifth and hopefully final time – procedures for finally compensating Creditor Li for the harm Debtor and her family caused him.

WHEREFORE, Creditor Li respectfully requests that this Court grant relief as follows:

1. An Order denying Debtor's motion to extend the automatic stay.

2. An Order granting Creditor Li's pending motion for relief from stay pursuant to 11 U.S.C. § 362(d)(4).

3. Such other relief as the Court deems proper.

DATED: February 7, 2023

                                              /s/ Duy Thai
                                              Duy Thai
                                              Attorney for Movant
                                              Charles Li

3
CREDITOR CHARLES LI'S OPPOSITION TO DEBTOR TINA YAN'S MOTION TO EXTEND STAY – *In Re Tina Foon Yan*, No. 23-30020 HLB 13

Case: 23-30020  Doc# 34  Filed: 02/07/23  Entered: 02/07/23 19:06:54  Page 3 of 4

# CERTIFICATE OF SERVICE

I declare that I am employed in the City and County of San Francisco, California. My address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within-entitled cause of action or proceeding.

Today, I served the attached documents:

CREDITOR CHARLES LI'S OPPOSITION TO DEBTOR TINA YAN'S MOTION TO EXTEND STAY

and by electronic means to persons confirmed to be registered participants in the Electronic Filing System and that such persons are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. I caused an electronic copy of the above to be electronically filed and served to:

**Geoff Wiggs**
Law Offices of Geoff Wiggs
1900 South Norfolk St. #350
San Mateo, CA 94403
(650)577-5952
Email: ECF@wiggslaw.com

David Burchard
P.O. Box 8059
Foster City, CA 94404

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on February 7, 2023.

                                                  /s/ Duy Thai
                                                    Duy Thai

CERTIFICATE OF SERVICE
Case: 23-30020   Doc# 34   Filed: 02/07/23   Entered: 02/07/23 19:06:54   Page 4 of 4