GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Tina Foon Yan

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>    TINA FOON YAN,<br><br>            Debtor. | Case No. 23-30020<br><br>Chapter 13<br><br>**DECLARATION OF ATTORNEY RE: DEBTOR'S SECOND EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS** |

I, Geoffrey E. Wiggs, declare under penalty of perjury under the laws of the United States that the following statements are true:

1. I am an attorney in good standing and licensed to practice before the courts of the State of California. I am admitted to the bar in the Northern District of California.

2. I am attorney of record for Debtor Tina Foon Yan in the instant matter.

3. On February 7, 2023, I filed a Second Motion to Extend Time to File Schedules and Statements for the instant case.

4. In this motion I stated that this case "was originally filed on July 7, 2020."

5. This is an error as the case was originally filed on January 10, 2023.

6. I apologize for any confusion this error may have caused.

- 1 -

**DECLARATION IOS DEBTOR'S SECOND EX PARTE MOTION TO EXTEND TIME**

CASE #23-30020

Case: 23-30020   Doc# 37   Filed: 02/08/23   Entered: 02/08/23 09:32:50   Page 1 of 2

Dated: February 8, 2023     **LAW OFFICES OF GEOFF WIGGS**

/s/ GEOFFREY E. WIGGS
Attorney for Debtor