Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Tina Foon Yan | Case No.: 23–30020 HLB 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Granting Debtor's Ex Parte Motion to Extend Time , filed on 1/24/23 . Therefore, it is ordered that this case be **dismissed**.

Dated: 2/8/23

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge