Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Creditor
Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TINA FOON YAN,<br><br>　　　　　　　　　　Debtor. | Case No.: 22-30020 HLB-13<br><br>Chapter 13<br><br>EX PARTE APPLICATION TO AMEND ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4); DECLARATION OF DUY THAI<br><br>Date:　February 9, 2023<br>Time:　1:00 P.M.<br>Honorable Hannah L. Blumenstiel |

**EX PARTE APPLICATION**

Creditor Charles Li hereby makes this ex parte application to amend the Order Granting Prospective in Rem Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(4), which the Court entered on February 13, 2023. The amendment is only to correct two scrivener's errors. A redlined copy of the changes is attached as Exhibit A.

EX PARTE APPLICATION TO AMEND ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4); DECLARATION OF DUY THAI
*In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020　Doc# 43　Filed: 02/20/23　Entered: 02/20/23 15:51:33　Page 1 of 8

The proposed Amended Order Granting Prospective in Rem Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(4) has been uploaded on PACER.

The ground for relief is that scrivener's corrections to an Order should be permitted to accurately reflect the relief that the Court granted pursuant to Creditor Li's motion.

DATED: February 20, 2023

BY:   /s/ Duy Thai
Duy Thai
Attorney for Creditor
Charles Li

**DECLARATION OF DUY THAI**

I, Duy Thai, declare as follows:

1. I am the attorney for Creditor Charles Li in the above-captioned matter. I make this declaration in support of Creditor Charles Li's Ex Parte Application to Amend Order Granting Prospective In Rem Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(4). This declaration is based upon personal knowledge or, where so indicated, upon information and belief.

2. Attached as Exhibit A is a redlined version showing scrivener's corrections to the previously entered Order Granting Prospective In Rem Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(4).

I declare under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on February 20, 2023

    /s / Duy Thai
Duy Thai

EX PARTE APPLICATION TO AMEND ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4); DECLARATION OF DUY THAI
*In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020    Doc# 43    Filed: 02/20/23    Entered: 02/20/23 15:51:33    Page 2 of 8

# EXHIBIT A

Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Creditor
Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TINA FOON YAN,<br><br>                          Debtor. | Case No.: 22-30020 HLB-13<br><br>Chapter 13<br><br>AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~<br><br>Date:    February 9, 2023<br>Time:   1:00 P.M.<br>Honorable Hannah L. Blumenstiel |

       This matter came for hearing on the date and at the time referenced above, in the above-captioned Court, upon the Motion of Creditor Charles Li for relief from the automatic stay pursuant 11 U.S.C. § 362(d)(4), to enforce Movant's secured interest in the properties of Debtor Tina Yan.

Duy Thai appeared on behalf of Creditor Charles Li. Geoff Wiggs appeared on behalf of Debtor Tina Yan. Having read the motion, memoranda, declaration, having heard argument of counsel, and good cause appearing therefor,

IT IS HEREBY FOUND AND ORDERED:

1. This Order applies to the real property described as follows (the "Subject Property"):

<u>Common Street Address</u>:

1433-1435 7th Avenue, San Francisco, California 94122

<u>APN No</u>.: 1846 009

Beginning at a point on the westerly line of Seventh Avenue, distant thereon 200 feet southerly from the southerly corner of Seventh and Judah Street; and running thence southerly along said line of Seventh Avenue 25 feet; thence at a right angle westerly 120 feet; thence at a right angle northerly 25 feet; and thence at a right angle easterly 120 feet to the point of the beginning.

Being part of Outside Land Block No. 762.

2. The Court FINDS as follows: Debtor's filing of the present bankruptcy petition was part of a scheme. The object of the scheme was to delay, hinder, or defraud creditors. The scheme involved a transfer of an interest in the Subject Property without Court approval or the consent of Movant as a creditor with a secured interest in the ~~Properties~~<u>Subject Property</u>. The scheme involved multiple bankruptcy filings affecting the Subject Property.

3. Based on the foregoing findings, prospective *in rem* relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(4) is GRANTED. If recorded in compliance with applicable state laws governing notices of interests or liens in real

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4) ~~AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~ ~~ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~ - 3 *In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020    Doc# 43    Filed: 02/20/23    Entered: 02/20/23 15:51:33    Page 5 of 8

property, this Order shall be binding in any other case under this title that is filed not later than two (2) years after the date of the entry of this order by this Court and purports to affect the ~~Properties~~Subject Property, except that a debtor under a subsequent case under this title may move for relief from this Order based upon changed circumstances or good cause shown, after notice and hearing.

4. It is hereby ORDERED that Creditor Charles Li shall record this Order with the San Francisco County Assessor-Recorder's Office within 30 days of entry of the Order.

END OF ORDER.

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~~~ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)~~ – *In Re Ting Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020    Doc# 43    Filed: 02/20/23    Entered: 02/20/23 15:51:33    Page 6 of 8

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | ECF Participants Notified Electronically |

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4)ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY Pursuant to 11 U.S.C. § 362(d)(4) – *In Re Ting Foon Yan*, No. 23-30020-HLB-13

# CERTIFICATE OF SERVICE

I declare that I am employed in the City and County of San Francisco, California. My address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within-entitled cause of action or proceeding.

Today, I served the attached documents:

EX PARTE APPLICATION TO AMEND ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4); DECLARATION OF DUY THAI

and by electronic means to persons confirmed to be registered participants in the Electronic Filing System and that such persons are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. I caused an electronic copy of the above to be electronically filed and serve to:

**Geoff Wiggs**
Law Offices of Geoff Wiggs
1900 South Norfolk St. #350
San Mateo, CA 94403
(650)577-5952
Email: ECF@wiggslaw.com

David Burchard
P.O. Box 8059
Foster City, CA 94404

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on February 20, 2023.

                                                                               /s/ Duy Thai
                                                                                  Duy Thai