

Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Signed and Filed: February 20, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

Attorney for Creditor
Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TINA FOON YAN,<br><br>Debtor. | Case No.: 22-30020 HLB-13<br><br>Chapter 13<br><br>AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4)<br><br>Date: February 9, 2023<br>Time: 1:00 P.M.<br>Honorable Hannah L. Blumenstiel |

This matter came for hearing on the date and at the time referenced above, in the above-captioned Court, upon the Motion of Creditor Charles Li for relief from the automatic stay pursuant 11 U.S.C. § 362(d)(4), to enforce Movant's secured interest in the properties of Debtor Tina Yan.

Duy Thai appeared on behalf of Creditor Charles Li. Geoff Wiggs appeared on behalf of Debtor Tina Yan. Having read the motion, memoranda, declaration, having heard argument of counsel, and good cause appearing therefor,

IT IS HEREBY FOUND AND ORDERED:

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) – *In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020    Doc# 44    Filed: 02/20/23    Entered: 02/21/23 10:14:57    Page 1 of 4

1. This Order applies to the real property described as follows (the "Subject Property"):

<u>Common Street Address:</u>

1433-1435 7th Avenue, San Francisco, California 94122

<u>APN No.</u>: 1846 009

Beginning at a point on the westerly line of Seventh Avenue, distant thereon 200 feet southerly from the southerly corner of Seventh and Judah Street; and running thence southerly along said line of Seventh Avenue 25 feet; thence at a right angle westerly 120 feet; thence at a right angle northerly 25 feet; and thence at a right angle easterly 120 feet to the point of the beginning.

Being part of Outside Land Block No. 762.

2. The Court FINDS as follows: Debtor's filing of the present bankruptcy petition was part of a scheme. The object of the scheme was to delay, hinder, or defraud creditors. The scheme involved a transfer of an interest in the Subject Property without Court approval or the consent of Movant as a creditor with a secured interest in the Subject Property. The scheme involved multiple bankruptcy filings affecting the Subject Property.

3. Based on the foregoing findings, prospective *in rem* relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(4) is GRANTED. If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title that is filed not later than two (2) years after the date of the entry of this order by this Court and purports to affect the Subject Property, except that a debtor under a subsequent case under this title may move for relief from this Order based upon changed circumstances or good cause shown, after notice and hearing.

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) – *In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020    Doc# 44    Filed: 02/20/23    Entered: 02/21/23 10:14:57    Page 2 of 4

1         4. It is hereby ORDERED that Creditor Charles Li shall record this Order with the San Francisco County Assessor-Recorder's Office within 30 days of entry of the Order.

END OF ORDER.

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) – *In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020    Doc# 44    Filed: 02/20/23    Entered: 02/21/23 10:14:57    Page 3 of 4

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | ECF Participants Notified Electronically |

AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) – *In Re Tina Foon Yan*, No. 23-30020-HLB-13

Case: 23-30020  Doc# 44  Filed: 02/20/23  Entered: 02/21/23 10:14:57  Page 4 of 4