# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# COPY REQUEST FORM
### ***PLEASE PRINT LEGIBLY***

Requesting Party Name: __Pedro Coto__          Date: __02/22/23__

Address: __One Sansome St, Suite 3500 San Francisco, CA__

Telephone Number: __415-296-9927__

Case Number: __23-30020 HLB-13__     OPEN ☐  CLOSED ☐

**RECEIVED FEB 22 2023 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**

Case Name: __Charles Li v Tina Foon Yan__

Documents to be copied:

| Document No. | Document Title | Number of Copies ($0.50 per page) | Certification ($11.00 each) |
|---|---|---|---|
| 42 | Order granting prospective in rem relief from automatic stay | 4 | 1 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Records to be copied:

☐ Case Docket

☐ Claims Register

**All copy request fees must be paid in advance. Personal Checks and Cash ARE NOT accepted.**

NUMBER OF PAGES TO BE COPIED:    __4__    X $0.50    = $ 2.00

NUMBER OF DOCUMENTS TO BE CERTIFIED: __1__  X $11.00  = ~~$ 0.00~~ 11.00

TOTAL:   $ 13.00

*PROCESSED AT INTAKE 2-22-23*

Paper copies to be returned by U.S. Mail  ☐

Paper copies to be picked up at the Clerk's Office  ☑

*For returns by mail, please include a self-addressed envelope with sufficient postage included.*