Entered on Docket
February 24, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 24, 2023



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30020 HLB |
| TINA FOON YAN, | ) Chapter 13 |
| Debtor. | ) |

### ORDER DISMISSING CASE

On February 24, 2023, this court vacated[1] its February 8, 2023 order dismissing this case so that it could enter (1) a second amended order granting in rem relief from stay pursuant to 11 U.S.C. § 362(d)(4) to secured creditor Charles Li; and (2) an order denying Debtor Tina Foon Yan's Motion for Relief from a prior order granting the aforementioned relief to Mr. Li. The court has issued both of those orders.[2]

Accordingly, this case is hereby **ORDERED DISMISSED**.

**\*\*END OF ORDER\*\***

---

[1] Dkt. 49.

[2] Dkt. 50 (Second Amended In Rem Order) and Dkt. 51 (Order Denying Debtor's Motion for Relief).

**Court Service List**