# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### COPY REQUEST FORM
***PLEASE PRINT LEGIBLY***

Requesting Party Name: **Pedro Coto**  
Address: **One Sansome Street, Suite 3500**  
Telephone Number: **707-332-6552**  
Date: **02/27/2023**

Case Number: **23-30020 HLB**  OPEN ☐  CLOSED ☐  
Case Name: **Charles Li v Tina Foon Yan**

Documents to be copied:

| Document No. | Document Title | Number of Copies ($0.50 per page) | Certification ($11.00 each) |
|---|---|---|---|
| 50 | Second Amended Order Granting Prospective | | |
| | In Rem relief from Automatic Stay | | |
| | | | |
| | | | |

Records to be copied:

☐ Case Docket  
☐ Claims Register

**All copy request fees must be paid in advance. Personal Checks and Cash ARE NOT accepted.**

NUMBER OF PAGES TO BE COPIED: **4**  X $0.50  = **$ 0.00**  
NUMBER OF DOCUMENTS TO BE CERTIFIED: **1**  X $11.00  = **$ 0.00**  
TOTAL: **$ 13.00**

Paper copies to be returned by U.S. Mail ☑  *For returns by mail, please include a self-addressed envelope with sufficient postage included.*  
Paper copies to be picked up at the Clerk's Office ☐