Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Tina Foon Yan | Case No.: 23−30020 HLB 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 2/24/23 dismissing the above−captioned case effective 2/24/23.

Dated: 2/28/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 55