Leeds Disston, Esq. SBN 045016
CASALINA & DISSTON
409 13th Street, 9th Floor
Oakland, CA 94612
(510) 835-8110 Telephone
(510) 835-8113 Facsimile
casdiss@yahoo.com
Attorney for debtor TINA FOON YAN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>  TINA FOON YAN<br><br>                    Debtor. | Case No.: 23-30020 HLB<br>Chapter 13<br><br>NOTICE OF HEARING<br><br>MOTION FOR RELIEF FROM ORDER GRANTING IN REM RELIEF FROM STAY ENTERED FEBRUARY 13, 2023 (Docket #50)<br><br>Date:  April 13, 2023<br>Time: 1:00 p.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom: 19<br>Location:  Telephone/Video |

TO THE COURT, CREDITOR CHARLES LI AND COUNSEL, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date, time, and location as set forth in the caption above, or as soon thereafter as the matter may be heard, a hearing will be conducted on Debtor Tina Foon Yan's Motion for Relief from the ORDER VACATING DISMISSAL ORDER (Docket #49, February 24, 2023) and the SECOND AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) (Docket #50, February 24, 2023).   This motion is made pursuant to Fed. R. Civ. P. Rule 60 made applicable by FRBP Rule 9024 on the ground that the orders are void pursuant to Fed. R. Civ. P. Rule 60 (b)(4).

- 1

By this motion, Debtor seeks an order(s) from the Court to set aside the ORDER VACATING DISMISSAL ORDER (Docket #49, February 24, 2023) and the SECOND AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) (Docket #50, February 24, 2023) and if so necessary to provide complete relief, an order(s) to set aside the ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4)  (Docket #42, February 13, 2023) and FIRST AMENDED ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(4) (Docket #44, February 20, 2023).

This motion is supported by the Notice of Hearing, the Motion, Memorandum of Points and Authorities, the papers and files herein, and any further evidence as may be presented at hearing.

PURSUANT TO PARA. F OF THE COURT'S PRACTICES AND PROCEDURES AND B.L.R. 9014-1(c)(1):

The motion, notice of the hearing, supporting declarations, memoranda, and all other papers shall be filed and served at least 28 days before the actual scheduled hearing date. Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

PURSUANT TO EIGHTH AMENDED GENERAL ORDER 38:  All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

Dated:  3/9/2023
/s/Leeds Disston, Esq.
Attorney for Plaintiff