Leeds Disston, Esq. SBN 045016
CASALINA & DISSTON
409 13th Street, 9th Floor
Oakland, CA 94612
(510) 835-8110 Telephone
(510) 835-8113 Facsimile
casdiss@yahoo.com
Attorney for debtor TINA FOON YAN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**TINA FOON YAN**,<br><br>Debtor. | Case No.: 23-30020<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that Tina Foon Yan, debtor in the above-entitled bankruptcy matter, substitutes attorney Leeds Disston in place of attorney Geoffrey E. Wiggs, as counsel of record.

    Contact information for the Leeds Disston is as follows:

Leeds Disston,
409 13th Street, 9th Floor
Oakland, CA 94612
(510) 835-8110 Telephone
(510) 835-8113 Facsimile
casdiss@yahoo.com

I, Geoffrey E. Wiggs, consent to the above substitution.

    Date: <u>March 9, 2023</u>          <u>/s/ Geoffrey E. Wiggs</u>
                                                   Geoffrey E. Wiggs

I, Tina Yan, consent to the above substitution.

    Date: <u>March 9, 2023</u>          /s/__TINA FOON YAN_____

    Date <u>March 9, 2023</u>            <u>/s/ *Leeds Diston, Esq.*</u>
                                                  **Leeds Diston, Esq.**
                                                  Attorney for Debtor